# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

RAYMOND LIPOWSKI,                    CASE NO.:              OBTAIN DESCRIPTION

    Plaintiff,                              13-06943 CA 05

vs.

WALTER LATHAM, and
WALTER LATHAM DIGITAL, LLC,
a foreign limited liability company,

    Defendants.
_____/

### SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint in this action on Defendant:

**MR. LAWRENCE FARESE, ESQ.,** Robins, Kaplan, Miller & Ciresi L.L.P., 711 5th Avenue South, Suite 201, Naples, Florida 34102, as authorized agent to accept service for Walter Latham Digital, LLC.

    Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to wit, whose address is:

    STEVEN H. OSBER, ESQ.
    Kelley, Kronenberg, Gilmartin, Fichtel, Wander, Bamdas, Eskalyo & Dunbrack, P.A.
    8201 Peters Road, Suite 4000
    Fort Lauderdale, FL 33324

within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED ON _____FEB 2 6 2013_____, 2013.

                    Harvey Ruvin

                    **ANNACLETTE HODGE**
            By:_____
                    As Deputy Clerk

                                    FEB 2 7 2013

# EXHIBIT "A"

## SUMMONS: PERSONAL SERVICE OF AN INDIVIDUAL

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).  If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos o propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.  Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado de Demanadante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depasser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:       **Steven H. Osber, Esq.**– Florida Bar No.: 086088
Address:        8201 Peters Road, Suite 4000
                Plantation, FL 33324
                954-370-9970 phone / 954-382-1988 fax

I. CASE STYLE

X IN THE CIRCUIT COURT OF THE _____11TH_____ JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | CIVIL COVER<br>SHEET | 13 - 06943 CA 05 |
| PLAINTIFF<br><br>RAYMOND LIPOWSKI | VS. DEFENDANTS<br><br>WALTER LATHAM AND WALTER LATHAM DIGITAL, LLC | CLOCK IN |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law.   This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075.   See instructions and definitions on reverse of this form.

II. TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.)  If the most descriptive label is a subcategory (is indented under a broader category), place an 'x' in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☒ Negligence - Other
    ☐ 097 - Business Governance
    ☐ 098 - Business Torts
    ☐ 099 - Environment/Toxin Tort
    ☐ 100 - Third Party Indemnification
    ☐ 101 - Construction Defect
    ☐ 102 - Mass Tort
    ☐ 103 - Negligent Security
    ☐ 104 - Nursing Home Negligence
    ☐ 105 - Premises Liability - Commercial
    ☐ 106 - Premises Liability - Residential
    ☐ 107 - Negligence - Other
☐ Real Property/Mortgage Foreclosure
    ☐ 108 - Commercial Foreclosure $0 - $50,000
    ☐ 109 - Commercial Foreclosure $50,001 - $249,999
    ☐ 110 - Commercial Foreclosure $250,000 - or more
    ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
    ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 113 - Homestead Residential Foreclosure $250,000 or more
    ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
    ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 116 - Non-Homestead

☐ Professional Malpractice
    ☐ 094 - Malpractice - Business
    ☐ 095 - Malpractice - Medical
    ☐ 096 - Malpractice - Other professional
☐ Other
    ☐ 120 - Antitrust/Trade Regulation
    ☐ 121 - Business Transactions
    ☐ 122 - Constitutional Challenge - Statute or Ordinance
    ☐ 123 - Constitutional Challenge - Proposed amendment
    ☐ 124 - Corporate Trust
    ☐ 125 - Discrimination - Employment or Other
    ☐ 126 - Insurance Claims
    ☐ 127 - Intellectual Property
    ☐ 128 - Libel/Slander
    ☐ 129 - Shareholder Derivative Action
    ☐ 130 - Securities Litigation
    ☐ 131 - Trade Secrets
    ☐ 132 - Trust Litigation
☐ Other Civil Complaint
    ☐ 009 - Bond Estreature
    ☐ 014 - Replevin
    ☐ 024 - Witness Protection
    ☐ 080 - Declaratory Judgment
    ☐ 081 - Injunctive Relief
    ☐ 082 - Equitable Relief
    ☐ 083 - Construction Lien
    ☐ 084 - Petition for Adversary Preliminary Hearing
    ☐ 085 - Civil Forfeiture
    ☐ 086 - Voluntary Binding Arbitration
    ☐ 087 - Personal Injury Protection (PIP)

Residential Foreclosure
$250.000 or more
☐ 117 - Other Real Property
Actions $0 - $50,000
☐ 118 - Other Real Property
Actions $50,001 - $249,999
☐ 119 - Other Real Property
Actions $250,000 or more

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐   No ☒

**III. REMEDIES SOUGHT** (check all that apply):
☒ monetary;

☐ non-monetary declaratory or injunctive relief;

☐ punitive

**IV. NUMBER OF CAUSES OF ACTION:** [2]

(specify) Count I – Battery against Walter Latham; Count II – Negligence against Walter Latham Digital, LLC

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ yes
☒ no

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒ no
☐ yes.   If "yes", list all related cases by name, case number, and court._____

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief. FBH 88549

Signature _____     Fla. Bar # __086088__
                                                       Attorney or party
for
  Steven H. Osber, Esq._____
(type or print name)
Date: 2/20/2013

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO:

RAYMOND LIPOWSKI,

     Plaintiff,                13 - 06943 CA 05

vs.

WALTER LATHAM, and
WALTER LATHAM DIGITAL, LLC,
a foreign limited liability company,

     Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, RAYMOND LIPOWSKI, by and through undersigned counsel, and sues Defendants, WALTER LATHAM and WALTER LATHAM DIGITAL, LLC, alleging: (1) Battery against WALTER LATHAM; and (2) Negligence against WALTER LATHAM DIGITAL, LLC, and in support thereof states:

### JURISDICTION AND VENUE

1.     This action involves a claim for damages in excess of $15,000.00.

2.     Plaintiff, RAYMOND LIPOWSKI, is a resident of California.

3.     Defendant, WALTER LATHAM, upon information and belief, is a resident of North Carolina.

4.     Defendant, WALTER LATHAM DIGITAL, LLC, is a North Carolina limited liability company with its principal place of business in Greensboro, North Carolina, and at all times material was conducting business in Miami-Dade County, Florida.

5.    Venue is proper in Miami-Dade County as the acts giving rise to the causes of action alleged herein all occurred in Miami-Dade County, Florida.

## FACTS COMMON TO ALL COUNTS

6.    Plaintiff, RAYMOND LIPOWSKI ("LIPOWSKI"), is a professional stand-up comedian.

7.    WALTER LATHAM DIGITAL, LLC ("LATHAM DIGITAL") is a business engaged in the production of televised stand-up comedy shows.

8.    "Comedy after Dark" is a televised stand-up comedy series featuring segments by various stand-up comedians.

9.    At all times material, LATHAM DIGITAL was the production company for "Comedy after Dark."

10.    LATHAM is an agent of LATHAM DIGITAL.

11.    Upon information and belief, WALTER LATHAM ("LATHAM") is a member of LATHAM DIGITAL.

12.    LIPOWSKI was solicited by LATHAM and LATHAM DIGITAL to perform a stand-up comedy routine to be videotaped for inclusion as a segment in the Comedy after Dark series.

13.    Beginning on the evening of March 20, 2012 and continuing into the early hours of March 21, 2012, LIPOWSKI performed a stand-up comedy routine at a venue known as the "Wonderland Miami" for inclusion in the "Comedy after Dark" series.

14.    The Wonderland Miami venue is and adult nightclub located in Miami-Dade County, Florida.

15.     While on the premises of the Wonderland Miami, LIPOWSKI was punched in the face and jaw area by LATHAM without provocation or reason, wherein LIPOWSKI incurred serious physical injury.

16.     Immediately following the attack, LATHAM fled the scene.

17.     The assault and battery was reported to the Miami Police Department.

## COUNT I
## BATTERY AGAINST DEFENDANT WALTER LATHAM

Plaintiff, LIPOWSKI, hereby realleges Paragraphs (1) through (17) and incorporates them herein.

18.     On or about March 21, 2012, WALTER LATHAM willfully and intentionally touched LIPOWSKI in a harmful and offensive manner by, *inter alia*, punching LIPOWSKI in the jaw and chin area, without provocation, justification, or excuse.

19.     As a legal and proximate result of LATHAM's conduct, LIPOWSKI suffered injuries, resulting in pain and suffering, mental anguish and loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. These losses are either permanent and/or continuing in nature. LIPOWSKI has suffered said losses in the past and will suffer said losses in the future.

WHEREFORE, Plaintiff, RAYMOND LIPOWSKI, requests judgment for damages against WALTER LATHAM, costs as prevailing party, post-judgment interest, and such further relief as the Court deems just and necessary.

3

## COUNT II
## NEGLIGENCE AGAINST DEFENDANT WALTER LATHAM DIGITAL, LLC

Plaintiff, LIPOWSKI, hereby realleges Paragraphs (1) through (17) and (18), and incorporates them herein.

20.     At all material times hereto, LATHAM DIGITAL owed LIPOWSKI a duty to provide adequate supervision of its agents and employees and adequate security to LIPOWSKI while LIPOWSKI was participating in the taping and production of Comedy after Dark.

21.     LATHAM DIGITAL negligently breached this duty by *inter alia*: 1) failing to adequately supervise its agents and employees while engaged in the production and taping of Comedy after Dark; 2) failing to prevent violent acts by its agents or employees while engaged in the production and taping of Comedy after Dark; and 3) failing to provide sufficient security to LIPOWSKI while participating in the production and taping of Comedy after Dark.

22.     As a legal and proximate result of LATHAM DIGITAL'S negligence, LIPOWSKI has suffered injuries and resulting pain and suffering, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care treatment.  These losses are either permanent or continuing in nature.  LIPOWSKI has suffered said losses in the past and will suffer said losses in the future.

WHEREFORE, Plaintiff, RAYMOND LIPOWSKI, requests judgment for damages against WALTER LATHAM DIGITAL, LLC, costs as prevailing party, post-judgment interest, and such further relief as the Court deems just and necessary.

## DEMAND FOR TRIAL BY JURY

The Plaintiff hereby demands trial by jury on all issues so triable.

## [SIGNATURE ON FOLLOWING PAGE]

4

Dated: February 19 2013

Respectfully Submitted,

KELLEY, KRONENBERG, GILMARTIN,
FICHTEL, WANDER, BAMDAS,
ESKALYO & DUNBRACK, P.A.
8201 Peters Road, Suite 4000
Fort Lauderdale, Florida 33324
Tel:    (954) 370-9970
Fax:    (954) 382-1988

By: _____
     Steven H. Osber, Esq.
     Fla. Bar. No. 086088
     Valerie B. Barnhart, Esq.
     Fla. Bar No.: 88549