UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RAYMOND LIPOWSKI,                  CASE NO.: 1:13-cv-21052-KING

       Plaintiff,

v.

WALTER LATHAM and WALTER LATHAM
DIGITAL, LLC, a foreign limited liability
company,

       Defendants.
_____/

## FINAL JUDGMENT BY CONFESSION

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Judgment by Confession against Defendants, WALTER LATHAM and WALTER LATHAM DIGITAL, LLC. On May 9, 2014, This Court entered an Order Granting Plaintiff's Motion for Default as to Liability [D.E. 28].

The Parties entered into a Settlement Agreement and Defendants Executed a Verified Confession Judgment. The case was closed, and this Court reserved Jurisdiction to enforce the terms of the Settlement Agreement. [D.E. 36]. Defendants are in default of the Settlement Agreement and Plaintiff is entitled to the entry of Final Judgment by Confession.

Pursuant to Federal Rule of Civil Procedure 58, this Court enters this separate Final Judgment as to Defendants, WALTER LATHAM and WALTER LATHAM DIGITAL, LLC.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered against Defendants, WALTER LATHAM and WALTER LATHAM DIGITAL, LLC in favor of Plaintiff in the amount of $84,000.00, plus post-judgment interest at the federal legal rate.

2. The Court reserves jurisdiction to enforce this Final Judgment.

**DONE** and **ORDERED** in chambers, in Miami, Florida, this 13th day of May, 2015.

*/s/ James Lawrence King*
HONORABLE JAMES LAWRENCE KING
UNITED STATES SENIOR DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
All Counsel of Record
Walter Latham, 3200 Northline Avenue, Suite 150, Greensboro, North Carolina 27408
Walter Latham Digital, LLC, 3200 Northline Avenue, Suite 150, Greensboro, North Carolina 27408